UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cv-81441

Jude Smith,

        Plaintiff,

   v.

United Enrollment Services LLC,

        Defendant.
_____/

## CLASS ACTION COMPLAINT

### INTRODUCTION

1.     As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls…. For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the TCPA, generally prohibits robocalls to cell phones and home phones." *Barr v. Am. Ass'n of Political Consultants*, 140 S. Ct. 2335, 2343 (2020).

2.     Defendant United Enrollment Services LLC ("United Enrollment") has contributed to this barrage of telephone spam by initiating illegal text messages to Plaintiff Jude Smith ("Smith").

3.     Smith wants this telephone spam to stop. Others do, as well. United Enrollment has already been sued five other times for telephone spam, but that has not caused United Enrollment to stop spamming.

4.     Smith brings this action individually, and on behalf of putative class members, to seek injunctive relief and damages.

## JURISDICTION AND VENUE

5.      This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the TCPA. 47 U.S.C § 227.

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this district.

## PARTIES

7.      Plaintiff Jude Smith is a resident of Fairfield, Ohio.

8.      Defendant United Enrollment Services LLC is a limited liability company with its principal place of business in Boca Raton, Florida.

## FACTUAL ALLEGATIONS

9.      Smith's home, phone, and privacy have been invaded by United Enrollment's non-emergency text messages.

10.      Smith is the residential subscriber of the cell phone number 504-237-5833. Smith uses this phone number at home. Smith makes and takes personal calls and text messages on this phone number.

11.      Smith registered the number 504-237-5833 on the National Do Not Call Registry ("DNCR") on June 20, 2007.

12.      United Enrollment has initiated text messages to Smith at least 36 times, including the following:

     i. **SMS from +18885879467 on Nov 4, 2022, at 12:38 am UTC**
       Licensed Real Estate Professionals - New Health Plans now available for Licensed Agents, Big Savings compared to market plans, Call 1-844-679-0188. Stop to end.

     ii. **SMS from +18885879467 on Nov 18, 2022, at 6:38 pm UTC**
       National Real Estate Association agents are saving Big On Full Coverage Health Plans, don't miss open enrollment, call 888-261-0742. Reply Stop to end.

     iii. **SMS from +18885879467 on Nov 21, 2022, at 10:58. pm UTC**
       Don't miss open enrollment. National Real Estate Association

agents are saving Big On Full Coverage Health Plans, Call 888-261-0742. Reply Stop to end.

iv. **SMS from +18885879467 on Nov 30, 2022, at 1:56 am UTC**
Your approval has been issued for the Real Estate Professional only Medical Coverage. 50% less than market plans. Call 1-844-679-0188. Reply Stop to end.

v. **SMS from +18885879467 on Dec 2, 2022, at 1:29 am UTC.**
Your approval has been issued for the Real Estate Professional only Medical Coverage. 50% less than market plans. Call 1-844-679-0188. Reply Stop to end.

vi. **SMS from +18885879467 on Dec 8, 2022, at 7:12 pm UTC**
Your approval has been issued for the Real Estate Professional only Medical Coverage. 50% less than market plans. Call 1-844-679-0188. Reply Stop to end.

vii. **SMS from +18885879467 on Dec 13, 2022, at 5:48 pm UTC**
Licensed Real Estate Professionals - A New Health Plan just released for Licensed Agents, A Big Savings compared to market plans Call 888-712-0779. Stop to end.

viii. **SMS from +18885879467 on Dec 15, 2022, at 9:39 pm UTC**
Less than 24 hours left for Open Enrollment. Approved Health Plans for Real Estate agents. Lower premiums, Significant savings. Call 1-844-679-0188. Stop to end.

ix. **SMS from +18885879467 on Dec 16, 2022, at 10:28 pm UTC**
Last 12 hours left for Open Enrollment. Approved Health Plans for Real Estate agents. Lower premiums, BIG Savings at the doctor. Call 844-679-0188. Stop to end.

x. **SMS from +18885879467 on Dec 17, 2022, at 10:06 pm UTC**
Health Coverage Update: Open Enrollment EXTENDED for the real estate agent's only. Lower premiums, BIG Savings at the doctor. Call 1-844-679-0188. Stop to end.

xi. **SMS from +18885879467 on Dec 20, 2022, at 9:42 pm UTC**
Update: Association of Real Estate Agents Smart Health Plan is ready for enrollment. 50% less than market plans, BIG SAVING. Call 1-844-679-0188. Stop to End.

xii. **SMS from +18885879467 on Dec 21, 2022, at 10:13 pm UTC**
Open Enrollment ending soon for the Smart Health Plans designed for Real Estate Agents. Huge Discount on premiums, upto 50% less. Call 888-261-0742 Stop to End.

xiii. **SMS from +18885879467 on Dec 22, 2022, at 8:55 pm UTC**
See how Licensed Real Estate Agents are saving Big On Full Coverage Health Plans, you can too. Special Enrollment ending soon. Call 1-888-261-0742. Stop to end.

xiv. **SMS from +18885879467 on Dec 27, 2022, at 8:27 pm UTC**
Your Real Estate Agent health plan package is ready for your review. Save 50% compared to any market plans. To save Big, Call 1-888-261-0742. Stop to End.

xv. **SMS from +18885879467 on Jan 11, 2023, at 2:53 pm UTC**
NASE-National Association for the Self-Employed unique full Coverage Health Plans will save you BIG on monthly premiums. Simply call 1-866-579-2298. Stop to end.

xvi. **SMS from +18888651799 on Dec 6, 2022, at 2:09 am UTC**
Your approval is ready for Real Estate Professional only Medical Coverage. Open enrollment special 50% discount. Call 1-844-679-0188. Reply Stop to end.

xvii. **SMS from +18888651799 on Jan 3, 2023, at 2:05 pm UTC**
Update: SBA Small Business Associations new Smart Health Plan is ready for enrollment. 50% less than market plans, BIG SAVING. Call 1-888-965-0843. Stop to End.

xviii. **SMS from +18884490053 on Dec 19, 2022, at 6:20 pm UTC**
Health Coverage Update: Open Enrollment EXTENDED for special SBA approved Self Employed Health Plan. Lower premiums, BIG Savings. Call 888-965-0843. Stop to end.

xix. **SMS from +18885879467 on Jan 14, 2023, at 7:10 pm UTC**
24 hours left & Open Enrollment closes for new health plans designed for Real Estate Professionals. Lower copays 30 to 50% less. Call 1-888-712-0779. Stop to End.

xx. **SMS from +18888651799 on Jan 18, 2023, at 2:35 pm UTC**
Open enrollment closes soon for new health plans designed for Self Employed. Lower copays 30 to 50% less than an average plan. Call 1-866-579-2298. Stop to End.

xxi. **SMS from +18885879467 on Jan 23, 2023, at 7:20 pm UTC**
See how Licensed Real Estate Agents like you are saving Big On Full Coverage Health Plans, you can too! Call for an easy quote at 1-888-261-0742. Stop to end.

xxii. **SMS from +18888651799 on Jan 25, 2023, at 7:16 pm UTC**
See how Self-Employed Individuals like you are saving Big On

Full Coverage Health Plans, up to 50%. You can too! Call 1-888-965-0843. Reply Stop to end.

xxiii. **SMS from +18888651799 on Jan 31, 2023, at 2:48 pm UTC**
Enrollment for the Self-Employed health plan program has been officially extended! Much lower copays, overall Big savings. Call 1-866-579-2298. Stop to End.

xxiv. **SMS from +18885879467 on Feb 6, 2023, at 2:43 pm UTC**
Never pay Retail for Health Coverage again. New Self-Employed Healthcare Savings Program is 1/2 the cost of a market plan. Call now 1-888-291-0146. Stop to End.

xxv. **SMS from +18888651799 on Feb 10, 2023, at 2:26 pm UTC**
Special Enrollment for Self Employed health plan has been officially extended till today! Lower copays, overall Big savings. Call now 866-579-2298. Stop to End.

xxvi. **SMS from +18885879467 on Feb 15, 2023, at 5:26 pm UTC**
Special Enrollment for Self Employed health plan has been officially extended just for today! Lower Copays, Big savings. Call now 1-866-579-2298. Stop to End

xxvii. **SMS from +18888651799 on Mar 10, 2023, at 2:03 pm UTC**
Cigna's Self-Employed Health Plans are now open for enrollment, savings are BIG. 50% less than market plans. For enrollment call 1-888-965-0843. Stop to End.

xxviii. **SMS from +18885879467 on Mar 21, 2023, at 6:48 pm UTC**
Cigna's Real Estate professionals Health Plans now open for enrollment, BIG savings. 50% less than market plans. For enrollment call 1-866-853-9327. Stop to End.

xxix. **SMS from +18888651799 on Mar 22, 2023, at 2:19 pm UTC**
Cigna's Self-Employed Health Plans are now open for enrollment, savings are BIG. 50% less than market plans. For enrollment call 1-866-827-0914. Stop to End.

xxx. **SMS from +18888651799 on Mar 30, 2023, at 1:16 pm UTC**
Act fast! Cigna's Self-Employed Health Plans enrollment ending soon. Huge savings. 50% less than market plans. Call 1-866-827-0914 to enroll now. STOP to end.

xxxi. **SMS from +18888651799 on Mar 31, 2023, at 4:45 pm UTC**
Allstate's new Real Estate Professionals Health Plans. Big savings on Premiums! 30% less. Call 1-866-853-9327. You are in good hands with Allstate. Stop to end.

xxxii. **SMS from +18888651799 on May 2, 2023, at 2:38 pm UTC**
Cigna's new Health Plans for Self-Employed professionals offer best coverage at the most affordable price. Instant 50% Saving. Call 1-866-827-0914. Stop to end.

xxxiii. **SMS from +18888651799 on May 9, 2023, at 2:41 pm UTC**
Cigna's new Health Plans for Self-Employed professionals offer best coverage at the most affordable price. Instant 50% Saving. Call 1-866-827-0914. Stop to end.

xxxiv. **SMS from +18885879467 on May 24, 2023, at 2:29 pm UTC**
Limited-time offer: Save 50% on Cigna's Self-Employed Health Plans. $0 co-pays & long-term coverage. Call now at 1-866-827-0914. Don't miss out! Stop to end.

xxxv. **SMS from +18888651799 on Jun 7, 2023, at 2:29 pm UTC**
Act today: 50% discount on Cigna's Health Plans for Self-Employed and Business Owners. $0 co-pays & secure long-term coverage. Dial 1-866-827-0914. Stop to end.

xxxvi. **SMS from +18888651799 on Jun 29, 2023, at 2:32 pm UTC**
Unmissable offer: Save 50% on Cigna's Health Plans for Self-Employed & Biz Owners. $0 co-pays & long-term coverage. Call now at 1-888-299-0623. Stop to opt-out.

13.     United Enrollment did not disclose its identity in the text messages.

14.     United Enrollment sent over 20 different text messages to Smith from different phone numbers.

15.     These text messages promoted discounts and savings regarding healthcare products and services that are offered as part of its product and service line.

16.     Smith wasn't the only one who received these telemarketing messages. At least 26 other clients from Plaintiff's counsel reported the same or similar texts from United Enrollment.

17.     After calling back 866-579-2298, which is one of the numbers that several messages invite the recipient to call, the call was connected to an agent who identified as "Tony" from "United Enrollment Partners." A discussion with Tony led to his asking for healthcare needs. He eventually provided "unitedenrollments.com" as their company website.

18.     The website, https://www.unitedenrollments.com,  has logo on its landing page that says, "United Enrollment Services."

19.     By information and belief, the website unitedenrollments.com, which has a logo of United Enrollment Services, is a DBA of the corporate entity that is listed by the Florida Secretary of State as, "United Enrollment Services LLC." See

https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityNam e&directionType=Initial&searchNameOrder=UNITEDENROLLMENTSERVICES%20L18000 0073690&aggregateId=flal-l18000007369-bca46ab8-dc3b-4995-bf41-f70cffb580ec&searchTerm=united%20enrollment&listNameOrder=UNITEDENROLLMENT% 20L180002335450 .

20.     In the five other cases that Enrollment Services has been sued for TCPA violations, the allegations have remarkably similar factual similarities, including customer service agents identifying as "United Enrollments," See *Ailion v. United Enrollment Services* LLC, 1:21-cv-00509-ELR, (N.D.GA), as well as their sending unsolicited text messages that are some of the exact same messages sent to Smith. See *Rowan v. Enrollment Services LLC et al,* 9:22-cv-80235-RAR, (S.D.Fla.).

21.     In addition, multiple complaints have been posted to open-source websites specifically mentioning Enrollment Services and their relentless telemarketing practices, as well as their products amounting to "scams." See United Enrollment services | Better Business Bureau® Profile (bbb.org), UNITED ENROLLMENT SERVICES - 5455 N Federal Hwy, Boca Raton, Florida - Health Insurance Offices - Phone Number - Yelp, and Robocalling healthcare scam "United Enrollment Services" - Spam - Scammer Info.

22.     The purpose of the text messages sent to Smith was clearly to sell their various healthcare products and services consistent with what they offer on their own website.

23.     Smith never provided the number 504-237-5833 to United Enrollment, never had a relationship with United Enrollment, and never gave permission for United Enrollment to send any type of communication.

24.     On information and belief, United Enrollment initiated the text messages using an automated system that randomly or sequentially generated Smith's number.

25.     United Enrollment's text messages are a nuisance and annoyance to Smith. The text messages have invaded Smith's privacy. The spam has diminished the value of Smith's phone and Smith's enjoyment of life.

26.     The text messages were especially intrusive, frustrating, and annoying to Smith because United Enrollment purposefully hid its identity. Smith had no idea who was spamming, whether the spammer was somebody whom Smith had previously told to stop, or whether it was safe for Smith to make a do-not-call request. By not disclosing United Enrollment's identity, United Enrollment knowingly tried to prevent Smith from monitoring and enforcing compliance with the TCPA.

## LEGAL STANDARD

27.     **National Do Not Call Registry**. Residential telephone subscribers who do not want to receive telephone solicitations may place their phone number on the national DNCR. 47 C.F.R. § 64.1200(c)(2). The TCPA proscribes callers from making "any telephone solicitation to… [a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry." 47 C.F.R. § 64.1200(c)(2). Wireless telephone subscribers are allowed to place their number on the DNCR. 47 C.F.R. § 64.1200(e).

28.     **Identification of Caller**. The TCPA requires telemarketers to disclose the name of the individual caller and the name of the person or entity on whose behalf the call is being made. 47 C.F.R. § 64.1200(d)(4).

29.     **Automatic Telephone Dialing System**. The TCPA prohibits text messages to cell phones using an automatic telephone dialing system ("ATDS") except for "emergency purposes" or with the "prior express consent" of the called party. 47 C.F.R. § 64.1200(a)(1). Text messages that introduce an advertisement or constitute telemarketing require "prior express written consent." 47 C.F.R. § 64.1200(a)(2).

## CLASS ACTION ALLEGATIONS

30.     Pursuant to Rule 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure, Smith brings this action on behalf of all other persons similarly situated throughout the United States.

31.     Smith proposes the following Classes:

**The DNCR Class**

All people in the United States (1) to whom United Enrollment initiated more than one telephone solicitation within any 12-month period, (2) to their cellular telephone number, (3) while their phone number was listed on the National Do Not Call Registry, (4) within the last four years from the filing of this action.

**The Failure to Identify Class**

All persons in the United States (1) to whom United Enrollment initiated more than one telemarketing call or text message within any 12-month period, (2) to their cellular telephone number, (3) without disclosing the name of the individual initiating the text messages and the name of the entity on whose behalf the text messages were made, (4) within the last four years from the filing of this action.

**The ATDS Class**

All people in the United States (1) to whom United Enrollment initiated one or more text messages to their cellular telephone, (2) using the same equipment or type of equipment utilized to initiate text messages to Smith, (3) within the last four years from the filing of this action.

32.     Smith does not know the exact number of class members but reasonably believes the number to be in the thousands, thus making joinder of all class members impracticable.

33.     Class members are identifiable through phone records and phone number databases.

34.     There are questions of law and fact common to Smith and the class members, including but not limited to:

    i.   Whether United Enrollment initiated the text messages;

    ii.   Whether United Enrollment's text messages violated the law; and

    iii.   Whether Smith and class members are entitled to statutory damages, trebled damages, and injunctive relief.

35.     Smith's claims are typical of the claims of the class members. Smith's claims, like the class members' claims, arise out of the same common course of conduct by United Enrollment and are based on the same legal and remedial theories.

36.     Smith is an adequate representative of the class because Smith's interests do not conflict with the interests of the class members, Smith will fairly and adequately protect the

interests of the class members, and Smith is represented by counsel skilled and experienced in class actions, including TCPA class actions.

37.     Common questions of law and fact predominate over questions affecting only individual class members.

38.     Management of these claims is likely to present significantly fewer difficulties than are presented in many class claims because the damages are statutory. Notice to class members can be provided by mail or other means. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action.

39.     The likelihood that individual class members will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

**FIRST CAUSE OF ACTION**
**Illegal Solicitation of Persons on the DNCR**
**(On Behalf of Smith and the Do Not Call Class)**

40.     United Enrollment violated 47 C.F.R. § 64.1200(c)(2) by initiating text messages to Smith and members of the DNCR Class while their phone numbers were on the DNCR.

41.     Smith and members of the DNCR Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

42.     The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

43.     The court should enjoin such violations. *Id*.

**SECOND CAUSE OF ACTION**
**Failure To Identify**
**(On Behalf of Smith and the Failure to Identify Class)**

44.     United Enrollment violated 47 C.F.R. § 64.1200(d)(4) by initiating text messages to Smith and members of the Failure to Identify Class without disclosing the name of the

individual initiating the text messages and the name of the person or entity on whose behalf the text messages were made.

45.     Smith and members of the Failure to Identify Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

46.     The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

47.     The court should enjoin such violations. *Id.*

**THIRD CAUSE OF ACTION**
**Illegal Use of an Automatic Telephone Dialing System**
**(On Behalf of Smith and the ATDS Class)**

48.     United Enrollment violated 47 C.F.R. § 64.1200(a)(1)-(2) by using an ATDS to contact Smith and members of the ATDS Class.

49.     Smith and members of the ATDS Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(b)(3).

50.     The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

51.     The court should enjoin such violations. *Id.*

**RELIEF REQUESTED**

Smith respectfully requests the Court grant the following relief:

A.  Certification of the proposed Classes;

B.  Appointment of Smith as class representative;

C.  Appointment of the undersigned as lead counsel for the Classes;

D.  Injunctive relief as set forth above;

E.  An award of damages to Smith and class members, as allowed by law;

F.  An award of fees, costs, and interest, as allowed by law; and

G.  Orders granting such other relief as the Court deems necessary, just, and proper.

**JURY DEMAND**

Smith requests a jury trial as to all claims of the Complaint so triable.

DATED October 31, 2023

Respectfully submitted,

*/s/ John Kauffman*
John Kauffman
Florida Bar No. 538205
LawHQ, PC
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
john.kauffman@lawhq.com

*Attorney for Plaintiff*