UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-81441-ROSENBERG

JUDE SMITH,

    Plaintiff,

v.

UNITED ENROLLMENT SERVICES LLC,

    Defendant.

_____/

**ORDER CLOSING CASE**

This cause is before the Court on Plaintiff's Stipulation of voluntary dismissal with prejudice at docket entry 20. In light of the fact that this case has been dismissed, it is

    **ORDERED AND ADJUDGED**:

    1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

    2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

    **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 13th day of March, 2024.

_/s/ Robin L. Rosenberg_
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record